

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JANICE LEE BARTON, | § | |
| | | No. 08-15-00110-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 18th District Court |
| WILLIAM CHARLES BARTON, | § | |
| | | of Johnson County, Texas |
| Appellee. | § | |
| | | (TC# D2014-05358) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating